IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DENISE MILLER,                          *

     Plaintiff,                     *

     v.                             *        Civil Action No. RDB-11-03037

THE UNITED STATES OF AMERICA            *
AND IRA DRISCOLL,
                                        *
     Defendants.
 *   *   *   *   *   *   *   *   *   *   *   *   *

## MEMORANDUM ORDER

Plaintiff Denise Miller ("Plaintiff" or "Miller") brings this action against the United States of America ("United States" or "Government") (Count I), and alternatively, against Ira Driscoll ("Driscoll") (Count II) under the Federal Tort Claims Act, 28 U.S.C. § 2671, *et seq.* ("FTCA") for injuries sustained on November 17, 2008 during a motor vehicle accident. Plaintiff alleges that her vehicle was rear-ended by a vehicle being driven by Driscoll as she was "stopped in traffic due to construction on the Northern Parkway near [Route] 83, in Baltimore, Maryland." Pl.'s Compl. ¶¶ 6-7, ECF No. 1. Plaintiff further alleges that as a result of the collision she sustained serious physical injuries to her back, neck and spine. *Id.* ¶¶ 7, 12-13. She, therefore, seeks damages in the amount of $850,000.00 for past and future medical expenses as well as pain and suffering. *Id.* ¶ 16. Additionally, Plaintiff does not dispute, and in fact alleges, that "at the time of the collision, Driscoll was acting in the course and scope of her employment with the National Institutes of Health" ("NIH"). *Id.* ¶¶ 2, 8.

Prior to filing this action, Miller appropriately exhausted her administrative remedies by filing a claim with the NIH on February 22, 2010. *Id.* ¶ 15. This claim was denied by the

Department of Health and Human Services under 28 U.S.C. § 2401(b). *Id.* ¶ 16. Plaintiff then timely filed the Complaint in this case within six months of the "date of the agency's determination." *Id.*

Pending before this Court is the United States' Motion to Dismiss Ira Driscoll as a Defendant (ECF No. 7). The government contends that because it is undisputed that Driscoll was acting within the scope of her employment at the time of the collision, as certified by the United States Attorney for the District of Maryland, the action can only proceed against the United States. As such, the government moves this Court to dismiss Plaintiff's claim against Driscoll individually. The Defendant's motion has been reviewed and no hearing is necessary. *See* Local Rule 105.6 (D. Md. 2011). For the reasons that follow, Defendant's Motion to Dismiss (ECF No. 7) is GRANTED.

## ANALYSIS

The Federal Tort Claims Act shields individual federal employees from liability against torts where the allegedly "negligent or wrongful act or omission" occurs while the employee is "acting within the scope of his office or employment." 28 U.S.C. § 2679(b)(1). Where the Attorney General certifies that the "employee was acting within the scope of [her] office or employment at the time of the incident . . . [the action] shall be deemed an action against the United States . . . and the United States shall be substituted as the party defendant." 28 U.S.C. § 2679(d)(1).

In this case, Plaintiff does not dispute, and in fact alleges, that Driscoll was acting within the scope of her employment at the time of the alleged tortious conduct. Moreover, the United States Attorney for the District of Maryland, has certified that Driscoll was acting

within the scope of her employment.  As such, this action is appropriately filed against the United States but not against Driscoll, individually.  Therefore, Defendant's Motion to Dismiss (ECF No. 7) is GRANTED.

## CONCLUSION

For the reasons stated above, it is this 10th day of April 2012, ORDERED that:

1. Defendant the United States' Motion to Dismiss Ira Driscoll as a Defendant is GRANTED (ECF No. 7);

2. Count II of Plaintiff's Complaint against Ira Driscoll is DISMISSED WITH PREJUDICE;

3. The Clerk of the Court transmit copies of this Order and ·accompanying Memorandum Opinion to Counsel.

Dated:       April 10, 2012                /s/    _RllД Bentt_

                                           Richard D. Bennett
                                           United States District Judge